UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BRETT GERHARD and PATRICIA GECIK** ) | Case Number: 09-cv-529 |
| ) | |
| **Plaintiffs,** ) | |
| ) | CIVIL ACTION |
| vs. ) | |
| ) | |
| **ALLIED INTERSTATE, INC.** ) | JURY TRIAL DEMANDED |
| **Defendant** ) | |
| ) | |

## STIPULATION OF DISMISSAL

AND NOW, this 7th day of January, 2010, it is hereby Stipulated and Agreed by and between counsel for plaintiff and counsel for defendant in the above captioned matter that the above captioned matter be dismissed with prejudice.

Warren & Vullings, LLP

BY: /s/ *Brent F. Vullings*
    Brent F. Vullings, Esquire
    Attorney for Plaintiff


Dilworth Paxon, LLP

BY: /s/ *Jay e. Kagan*
    Jay E. Kagan, Esquire
    Attorney for Defendant